# EXHIBIT A



# imprimis Rx

## AAO-HNSF 2016 Annual Meeting & OTO EXPO℠

# -REMINDER-
## Visit us at
# BOOTH #433

**Ask us about our**

- ✓ Topical sinus therapies
- ✓ Liquid unit dose vials
- ✓ Custom prescription pads
- ✓ Personalized clinical consultations

**Enter to win a NasoNeb to educate your patients!***

*One winner will be pulled at the end of each exhibit day. Winners do not need to be present.

*Your patient and customized solution is our priority*

**844-4-IMMYRX | info@imprimisrx.com**