UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. LOUIS L. SOBOL, M.D.,

    Plaintiff,

v.

IMPRIMIS PHARMACEUTICALS, INC.,

    Defendant.
_____/

Case No.  16-14339

Honorable Nancy G. Edmunds

## JUDGMENT

A judgment of dismissal with prejudice is hereby entered pursuant to the Court's Opinion and Order Granting Plaintiff's Motion For Final Approval Of Class Action Settlement, each side retaining the right to enforce the terms of the settlement agreement and their respective obligations pursuant to that order.

**SO ORDERED.**

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated:  August 26, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 26, 2019, by electronic and/or ordinary mail.

    s/Lisa Bartlett
    Case Manager